```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

PEDRO LIZ,

                Plaintiff,

    - against -

PHOENIX LEATHER GOODS, LLC,

                Defendant.

24-cv-3954 (JGK)

<u>ORDER</u>

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties are directed to discuss settlement and provide an update to the Court by **September 13, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice.

**SO ORDERED.**

Dated:    New York, New York
            May 24, 2024

                                        <u>/s/ John G. Koeltl</u>
                                                John G. Koeltl
                                  **United States District Judge**