UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PEDRO LIZ,            Plaintiff(s)

       -against-

PHOENIX LEATHER GOODS, LLC,
                    Defendant(s).
-------------------------------------------------------------X

24 civ 3954 (JGK)

## ORDER

The conference scheduled for Thursday, September 26, 2024, at 3:00pm, is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 18, 2024