UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

PEDRO LIZ, on behalf of herself and
all others similarly situated,                          Civil Action No.

                Plaintiff,                          1:24-cv-3954

      -against-

PHOENIX LEATHER GOODS, LLC,                    **JOINT STIPULATION OF**
                                                      **DISMISSAL WITH PREJUDICE**
                Defendant.
_____x

Plaintiff, Pedro Liz, and Defendant, Phoenix Leather Goods, LLC. by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: October 23, 2024

By: _/s/ Gabriel Levy_____                    By: _/s/ KG_____

Gabriel A. Levy, Esq.                           Karla Del Pozo García, Esq.
   *Attorney for Plaintiff*                    *Attorneys for Defendant*
Gabriel A. Levy, P.C.                           Dentons US LLP (NY)
1129 Northern Blvd, Ste 404                     1221 Avenue of the Americas
Manhasset, NY 11030                             New York, NY 10020
T: 347-941-4715                                 T : (212) 768-5328
Glevy@glpcfirm.com                              karla.delpozogarcia@dentons.com